AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALAN WIEGAND and KIMBERLY SCHULTZ-WIEGAND, Individually and as Personal Representatives of the Estate of Chloe Wiegand, deceased minor <br><br> *Plaintiff(s)* <br> v. <br> ROYAL CARIBBEAN CRUISES LTD. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:19-cv-25100-DLG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROYAL CARIBBEAN CRUISES LTD
By Serving Bradley H. Stein, as Registered Agent
1050 Caribbean Way
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkeman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, FL 33131
Tel. (305) 373-3016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 11, 2019

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts