UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-25100-CIV-GRAHAM/McALILEY

ALAN WIEGAND, et al.,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

**PLAINTIFFS' COUNSEL'S FILING IN COMPLIANCE WITH
THIS HONORABLE COURT'S APRIL 21, 2021 ORDER [D.E. 183]**

    Plaintiffs' undersigned counsel sincerely apologize to the Court and to the parties for the use of unprofessional and inflammatory language contained within Plaintiffs' submissions to the Court.  Plaintiffs' counsel agrees with the Court that professionalism, decency, fairness, integrity and civility must be observed and practiced, as the Oath of Admissions requires.  Upon reflection, Plaintiffs' counsel regrets the language contained within the referenced submissions.  Plaintiffs' counsel have enjoyed practicing before this Court for a long time and certainly have not intended to violate the tenets of professional and ethical conduct set forth by the Florida Bar Oath of Admissions and Creed of Professionalism.  The Court's statements are well taken and will be abided by Plaintiffs' counsel in the future.

    Not to justify, but to explain, the context of the Plaintiffs' submissions: The instant matter is a highly emotionally charged tragedy involving aspects of public safety; and the highly charged language that this Honorable Court referenced was counsel's attempt at highlighting the import of facts and opinions presented to this Court; and was not intended to disparage defense counsel,

- 2 -

whom Plaintiffs' counsel has enjoyed an excellent professional relationship with for decades. Plaintiffs' counsel understands and appreciates that the Plaintiffs' submissions should not have offended the principles of civility and professionalism. Plaintiffs' undersigned counsel should have chosen different language to highlight or emphasize facts and opinions in the submissions to this Court and will act accordingly in the future.

Perhaps not reflected in the filings before the Court, the attorneys that prepared the filings at issue, from both Plaintiffs' and Defendant's law firms, have enjoyed a longstanding professional and collegial relationship for decades. Throughout this time, they have litigated hundreds of cases against one another and have spent countless hours speaking on the phone and in person in efforts to advance and resolve disputes. All are zealous advocates for their clients but, at the same time, have been able to work with one another in a professional, civil, and collegial manner. This continues to this day. Plaintiffs' undersigned counsel recognize this professional and collegial relationship was not properly reflected in the filings at issue, and they will work in good faith to ensure this is not an issue again going forward in this case (and any case for that matter).

Again, Plaintiffs' undersigned counsel humbly agree with this Honorable Court that professionalism, decency, fairness, integrity and civility must reign supreme over all aspects of the practice of law (and life in general), as required by the Florida Bar's Oath of Admissions and Creed of Professionalism. Plaintiff's undersigned counsel promise to abide by the Oath of Civility that they took when they joined the Bar. They respectfully submit that a referral to the United States District Court for the Southern District of Florida's Committee on Attorney Admissions, Peer Review, and Attorney Grievance is not necessary.

Respectfully submitted,

/s/ Jason R. Margulies
/s/ Michael A. Winkleman
/s/ Jacqueline Garcell

- 3 -

**JASON R. MARGULIES** (FBN 57916)
jmargulies@lipcon.com
**MICHAEL A. WINKLEMAN** (FBN 36719)
mwinkleman@lipcon.com
**JACQUELINE GARCELL** (FBN 104358)
jgarcell@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

             By: */s/ Michael A. Winkleman*
                **MICHAEL A. WINKLEMAN**

## SERVICE LIST
*Wiegand v. Royal Caribbean Cruises Ltd.*
Case No. 19-cv-25100-DLG

**Jason R. Margulies, Esq.**
jmargulies@lipcon.com
**Michael A. Winkleman, Esq.**
mwinkleman@lipcon.com
**Jacqueline Garcell, Esq.**
jgarcell@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiffs*

**Jerry D. Hamilton, Esq.**
jhamilton@hamiltonmillerlaw.com
**Carlos J. Chardon, Esq.**
cchardon@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 SE 2nd Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690

**Stephen N. Zack, Esq.**
szack@bsfllp.com
**Laselve Harrison, Esq.**
lharrison@bsfllp.com
**Marshall Dore Louis, Esq.**
mlouis@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
*Attorneys for Defendant*