UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-25100-cv-DLG

ALAN WIEGAND and KIMBERLY
SCHULTZ-WIEGAND, Individually and
as Personal Representatives of the Estate
of Chloe Wiegand, deceased minor,

    *Plaintiffs*,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    *Defendant*.
_____/

## ROYAL CARIBBEAN CRUISES LTD.'S COUNSEL'S FILING IN COMPLIANCE WITH THE COURT'S APRIL 21, 2021 ORDER (ECF NO. 183)

Undersigned counsel for RCL apologizes to the Court for any unprofessional, inflammatory, or insulting language used in any of its submissions. Undersigned counsel wholeheartedly agrees with the Court that professionalism, decency, fairness, integrity and civility must reign supreme over all aspects of the practice of law (and life in general), just as the Oath of Admissions requires. They have closely embraced these principles throughout their careers and have instilled it in the professionals that they have worked with and mentored.

Although undersigned counsel responded to serious allegations contained in opposing counsel's submissions that questioned the integrity of their client and employees, we recognize that we should have done so differently without offending principles of civility and professionalism. For this, it is with the deepest sincerity we offer our apologies to the Court and to Plaintiffs' counsel.

Although perhaps not reflected in the filings, the attorneys that prepared the filings at issue, from both law firms, have had a long-standing professional relationship for more than 15 - 20 years. All are zealous advocates for their clients but, at the same time, have been able to work with one another in a professional manner.

Undersigned promises to abide by the Oath of Civility that they took when they joined the Bar. They respectfully submit that a referral to the United States District Court for the Southern District of Florida's Committee on Attorney Admissions, Peer Review, and Attorney Grievance is not necessary.

Dated: April 27, 2021

        Respectfully Submitted,

        **/s/ *Jerry D. Hamilton***     
        **/s/ *Carlos J. Chardon***     
        Jerry D. Hamilton, Esq.
        Florida Bar No.: 970700
        jhamilton@hamiltonmillerlaw.com
        Carlos J. Chardon, Esq.
        Florida Bar No.: 517631
        cchardon@hamiltonmillerlaw.com
        HAMILTON, MILLER & BIRTHISEL, LLP
        150 Southeast Second Avenue, Suite 1200
        Miami, Florida 33131
        Telephone: (305) 379-3686
        Facsimile: (305) 379-3690
        *Attorneys for Defendant, RCL*

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

<u>/s/ *Jerry D. Hamilton*</u>
Jerry D. Hamilton, Esq.

## SERVICE LIST

Jason R. Margulies
Michael A. Winkleman
Jacqueline Garcell
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
jmargulies@lipcon.com
mwinkleman@lipcon.com
jgarcell@lipcon.com
*Attorneys for Plaintiffs*